**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**

------------------------------X

| | |
|---|---|
| Jovi Fortuno, Michael Lambert, and Heidi Parsons : | 1:21-cv-2217-SCJ |
| *Plaintiff(s)*, : | |
| v. : | |
| YPL Enterprise, LLC and Yen Po Liu : | |
| *Defendant(s)*. : | |

------------------------------X

## MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR CONTEMPT

IT IS HEREBY REQUESTED by Lu Wang, the Defendants' attorney, pursuant to Federal Rule of Civil Procedure 6(b), that:

1. Defendants' time to respond to the motion for contempt filed on 04/14/2022 is extended to 07/13/2022. Plaintiffs and their attorney do not oppose this request for an extension.

2. Good cause exists for the extension because Plaintiffs' attorney Matthew W. Herrington and Defendants' attorney Lu Wang are actively working on a settlement for the case.

3. This motion does not constitute a waiver of any claim, right, or defense.

4. The requested extension will not affect any of the other dates set in the case.

Dated: 04/29/2022
Atlanta, GA

By: _____
Lu Wang, Esq.
GA736515
Wang & Associates, P.C.
3296 Summit Ridge Pkwy, Suite 2020
Duluth, GA 30096
770-495-5906
luwang@wa-law.net

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA**

-------------------------------X
--

| | | |
|---|---|---|
| Jovi Fortuno, Michael Lambert, and Heidi Parsons | : | 1:21-cv-2217-SCJ |
| *Plaintiff(s)*, | : | |
| v. | : | |
| YPL Enterprise, LLC and Yen Po Liu | : | |
| *Defendant(s)*. | : | |

-------------------------------X
--

## CERTIFICATE OF SERVICE

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of Motion to Extend Time to Respond to Motion for Contempt by First-Class U.S. Mail, postage prepaid, upon:

Matthew Herrington
DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC
101 Marietta Street NW
Suite 2650
Atlanta, Georgia 30303

And by electronic mail upon:

matthew.herrington@dcbflegal.com

Dated: 04/29/2022

By: _____
Lu Wang, Esq.
GA736515
Wang & Associates, P.C.
3296 Summit Ridge Pkwy, Suite 2020
Duluth, GA 30096
770-495-5906